STATE of Missouri, Respondent,

v.

Willard F. HUNT, Appellant.

WD 78220

Missouri Court of Appeals, Western District.

Order filed: February 23, 2016

Daniel N. McPherson, Jefferson City, for Respondent.

Amy M. Bartholow, Columbia, for Appellant.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard, Judge and Gary D. Witt, Judge

ORDER

PER CURIAM:

Willard Hunt appeals his convictions and sentences following a jury trial for arson in the first degree, section 565.040, RSMo Cum. Supp. 2013, domestic assault in the first degree, section 565.072, RSMo Cum. Supp. 2013, and armed criminal action, section 571.015, RSMo 2000. In his sole point on appeal, Hunt contends that the trial court plainly erred in failing *sua sponte* to declare a mistrial or instruct the jury to disregard when a police officer testified that Hunt asserted his right to counsel at the police station after his arrest. Because a published opinion would have no precedential value, a memorandum had been provided to the parties. The judgment of convictions is affirmed. Rule 30.25(b).